AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| United States of America, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   26-MJ-15052 |
| Alexander Heifler | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Alexander Heifler                                                      .

Date:     March 30, 2026

s/ Steven N. Gordon
*Attorney's signature*

Steven N. Gordon
*Printed name and bar number*

300 East 33rd Street
New York, NY 10016

*Address*

steve@sngordon.com
*E-mail address*

(212) 308-6000
*Telephone number*

(212) 355-7855
*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|