

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*Camila Garces*
*Assistant United States Attorney*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*

*973-645-2700*

June 30, 2026

**VIA EMAIL AND ECF**

The Honorable Stacey D. Adams, U.S.M.J.
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

     Re:    *United States v. Alexander Heifler*, Mag. No. 26-15052

Dear Judge Adams:

    Enclosed for your review and signature is a proposed consent protective order regarding pre-indictment discovery.

          Very truly yours,

          ROBERT FRAZER
          United States Attorney

          _____

    By:   Camila Garces
          Assistant U.S. Attorney

cc: Steve Gordon, Esq., Counsel for Alexander Heifler